UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GALO ORLANDO GUALPA-BAYAS,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No.: 3:26-cv-4234-CAB-SBC

**ORDER PARTIALLY GRANTING A WRIT FOR HABEAS CORPUS**

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Galo Orlando Gualpa-Bayas ("Petitioner"). [Doc. No. 1 ("Petition").] Petitioner is an Ecuadorian citizen who entered the United States on September 26, 2023. [Petition at 2.] Petitioner was detained on June 28, 2026. [Doc. No. 4 at 1, n.1.] He is held at Imperial Regional Detention Facility and argues his detention violates the Fifth Amendment. [*Id.* at 8–9.]

Respondents concede that under the Ninth Circuit's recent decision in *Rodriguez Vazquez v. Bostock*, No. 25-6842, --- F.4th --- (9th Cir. July 30, 2026), Petitioner is an unadmitted noncitizen present in the interior of the United States and therefore entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a). [Doc. No. 4.] The Court agrees and thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **August**

**31, 2026**, unless Petitioner requests a continuance. If requested by Petitioner, Respondents shall assist him in obtaining an audio recording of the bond hearing.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: August 17, 2026

Hon. Cathy Ann Bencivengo
United States District Judge